JS-6

| | |
|---|---|
| JERRY DORAN,<br><br>    Plaintiff,<br><br>vs.<br><br>7-ELEVEN INC DBA 7-ELEVEN; SOUTHLAND CORP.; and DOES 1 through 10,<br><br>    Defendants. | Case No. SACV04-1125 JVS (ANx)<br><br>**JUDGMENT**<br><br><br><br>Complaint Filed: September 27, 2004<br>Trial Date: None Set |

This action came on for hearing before the Court, on December 22, 2008, the Honorable James V. Selna, District Judge Presiding, on the Motion for Summary Judgment filed by defendants 7-Eleven Inc. dba 7-Eleven and Southland Corp. (together, "Defendant"). The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered.

IT IS THEREFORE ORDERED that summary judgment is GRANTED in favor of Defendant as to Plaintiff's claim for relief under the Americans with Disabilities Act.

1  IT IS FURTHER ORDERED that Plaintiff's remaining claims, all brought under
2  California state law, are dismissed without prejudice.
3  IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff Jerry
4  Doran ("Plaintiff") take nothing, and that Defendant recover from Plaintiff its costs in
5  an amount to be determined.

Dated: January 08, 2009

_____
Honorable James V. Selna